DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ARMENTO v. CITY OF FAYETTEVILLE

No. 72 PC.

Case below: 32 N.C. App. 256.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 April 1977.

## BATISTE v. HOME PRODUCTS CORP.

No. 55 PC.

Case below: 32 N.C. App. 1.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1977.

## BELL v. WALLACE

No. 71 PC.

Case below: 32 N.C. App. 370.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1977.

## BOOKER v. MEDICAL CENTER

No. 63 PC.

Case below: 32 N.C. App. 185.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 April 1977.

## COCKRELL v. TRANSPORT CO.

No. 58 PC.

Case below: 32 N.C. App. 172.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 April 1977.